

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2015

No. 04-15-00376-CV

Eduardo **BENAVIDES**,
Appellant

v.

Julia **BENNETT**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-04550
Honorable Stephani A. Walsh, Judge Presiding

### ORDER

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

We order that no costs be assessed against appellant Eduardo Benavides because he is indigent.

It is so **ORDERED** on October 28, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2015.

_____
Keith E. Hottle, Clerk